**CSD 1160** [05/15/03]
Name, Address, Telephone No. & I.D. No.

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

_____ Debtor.

BANKRUPTCY NO.

_____ Moving Party

RS NO.

_____ Respondent(s)

## MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☐ PERSONAL PROPERTY

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13  was filed on _____.

2. Procedural Status:
   a.  ☐  Name of Trustee Appointed *(if any)*:

   b.  ☐  Name of Attorney of Record for Trustee *(if any)*:

   c.  ☐  *(Optional)* Prior Filing Information:
       Debtor has previously filed a Bankruptcy Petition on:_____.
       If applicable, the prior case was dismissed on: _____.

   d.  ☐  *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

Movant alleges the following in support of its Motion:

1.  ☐  The following real property is the subject of this Motion:
    a.  Street address of the property including county and state:




    b.  Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):




    c.  Legal description of property is attached as Exhibit A.

CSD 1160

    d.      If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

    e.      *Fair market value of property as set forth in the Debtor's schedules: $_____.

    f.      *Nature of Debtor's interest in the property:

2. ☐ The following personal property is the subject of this Motion *(describe property)*:

    a.      Fair market value of property as set forth in the Debtor's schedules: $_____.

    b.      Nature of Debtor's interest in the property:

3. *Fair market value of property according to Movant: $_____.

4. *Nature of Movant's interest in the property:

5. *Status of Movant's loan:
   a. Balance owing     _____
   b. Amount of monthly payment:     $_____
   c. Date of last payment:     _____
   d. If real property,
      i. Date of default:     _____
      ii. Notice of Default recorded on:     _____
      iii. Notice of Sale published on:     _____
      iv. Foreclosure sale currently scheduled for:     _____
   e. If personal property,
      i. Pre-petition default:     $_____     No. of months:_____
      ii. Post-petition default:     $_____     No. of months:_____

6. *(If Chapter 13 Case, state the following:)*
   a. Date of post-petition default:     _____
   b. Amount of post-petition default:     $_____

7. Encumbrances:
   a. Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | Post-Petition Arrearages Total Amount - # of Months |
|---|---|---|---|
| 1st: | | | |
| 2nd: | | | |
| 3rd: | | | |
| 4th: | | | |
| Totals for all Liens: | $ | $ | $ |

    b.      Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
            ☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

8. Relief from the automatic stay should be granted because:

   a. ☐ Movant's interest in the property described above is not adequately protected.

   b. ☐ Debtor has no equity in the ☐ real property ☐ personal property described above and such property is not necessary to an effective reorganization.

   c. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

      i. the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

      ii. the Debtor/Trustee has

         (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

         (2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

   d. ☐ *Other cause exists as follows *(specify)*: ☐ See attached page.


When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a)(5) and (6).

Movant attaches the following:

1. ☐ Other relevant evidence:


2. ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.


WHEREFORE, Movant prays that this Court issue an Order granting the following:

☐ Relief as requested.

☐ Other:


Dated:

_____
[Attorney for] Movant

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160