# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | WANDA L MERKIN | | |
| **Case Number:** | 10-00164-LT7 | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, MARCH 09, 2010 11:00 AM   DEPARTMENT 3 | | |
| **Bankruptcy Judge:** | LAURA S. TAYLOR | | |
| **Courtroom Clerk:** | JENNIFER PURKEY | | |
| **Reporter / ECR:** | COLLETTA BROOKS | | |

### Matter:

MOTION FOR RELIEF FROM STAY, RS # DRP-1 FILED ON BEHALF OF U.S. BANK, N.A.

### Appearances:

THOMAS K. SHANNER, ATTORNEY FOR WANDA L MERKIN
THOMAS GORRILL,  ATTORNEY FOR US BANK

### Disposition:

Grant pursuant to Court's Tentative Ruling.  Order to be submitted by:  Adequate Protection Order to enter per stipulation.